IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Plaintiff,                           CV F 06 1567 AWI WMW   P

  vs.                                    ORDER TO SHOW CAUSE

MATTHEW CATE, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action challenging the conditions of his confinement.

      Plaintiff, an inmate in the custody of the California Department of Corrections at CSP Corcoran, brings this action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12132 against defendant correctional officials employed by the California Department of Corrections.  This action proceeds on the December 7, 2006, amended complaint.  The amended complaint sets forth allegations of conduct on behalf of correctional officials employed at Pleasant Valley State Prison.  Plaintiff is an inmate in the custody of the California Department of Corrections at CSP Corcoran.  Plaintiff sets forth various state law and federal claims against individuals for conduct that occurred at Pleasant Valley State Prison in 2005 and 2006.

      The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while

incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted.  <u>Saunders v. Block</u>, 96-CV-8159 (WMB) (Central District of California); <u>Saunders v. Wineski</u>, CV S 94 1321 DFL JFM P; <u>Saunders v Gomez</u> CV S 94 1469 EJG GGH P.   Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent danger of serious physical injury.   There are no such facts alleged in this case.

Accordingly, IT IS HEREBY ORDERED that plaintiff is directed to show cause, within thirty days of the date of service of this order, why his request to proceed in forma pauperis should not be denied.   Failure to file a response will result in a recommendation that Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   February 16, 2007**           **/s/  William M. Wunderlich**
mmkd34                                                    UNITED STATES MAGISTRATE JUDGE