IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

        Plaintiff,        CV F 06 1567 AWI WMW P

  vs.                      ORDER RE MOTIONS (DOCS 4, 6, 10)

MATTHEW CATE, et al.,

        Defendants.

        Plaintiff has filed a motion titled as a motion to stay an order directing him to file an amended complaint, and a motion to strike his own amended complaint filed on December 7, 2006.   Plaintiff has also filed a motion for leave to file an amended complaint.  Until such time as Plaintiff has been granted leave to proceed in forma pauperis, Plaintiff's motions are premature.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to stay, motion to strike and motion to amend are denied.

IT IS SO ORDERED.

Dated:   August 2, 2007                /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE