IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

        Plaintiff,        CV F 06 1567 AWI WMW PC

  vs.                  ORDER RE MOTION (DOC 13)

MATTHEW CATE, et al.,

        Defendants.

    Plaintiff has filed a motion for sua sponte review of the amended complaint. This action proceeds on the December 7, 2006, first amended complaint. The first amended complaint will be screened in due course. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied.

IT IS SO ORDERED.

**Dated:   March 27, 2008**                /s/ William M. Wunderlich
                                                  UNITED STATES MAGISTRATE JUDGE