IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTHEW L. CATE, et al.,<br><br>  Defendants.<br>_____/ | 1:06-cv-01567-AWI-WMW (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(Motion#17)<br><br>30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 19, 2009, plaintiff filed a motion to extend time to file objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   March 23, 2009**          /s/ **William M. Wunderlich**
                          UNITED STATES MAGISTRATE JUDGE