IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, | 1:06-cv-01567 AWI GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| MATTHEW CATE, et al., | (Motion#34) |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 4, 2011, Plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his objections to the Magistrate Judge's Findings and Recommendations entered on August 24, 2011.

IT IS SO ORDERED.

Dated:   **October 6, 2011**         **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE