1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                                EASTERN DISTRICT OF CALIFORNIA

10

11  JASON SAUNDERS,                    )          1:06-cv-01567-AWI-GSA-PC
                                       )
12                  Plaintiff,         )          ORDER GRANTING PLAINTIFF'S
                                       )          APPLICATION TO PROCEED IN
13          vs.                        )          FORMA PAUPERIS
                                       )          (Doc. 3.)
14                                     )
15  MATTHEW CATE, et al.,              )          ORDER DIRECTING PAYMENT OF
                                       )          INMATE FILING FEE BY CALIFORNIA
16                                     )          DEPARTMENT OF CORRECTIONS
                    Defendants.        )          AND REHABILITATION
17                                     )
                                       )          ORDER FOR CLERK TO FILE
18                                     )          PLAINTIFF'S PROPOSED SECOND
                                       )          AMENDED COMPLAINT
19  _____ )           (Doc. 10 at 6-70.)

20          Jason Saunders ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action

21  pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 13,

22  2006. (Doc. 2.) This case was dismissed on April 6, 2010 for Plaintiff's failure to prosecute, based on

23  Plaintiff's failure to obey the Court's order to pay the filing fee, and judgment was entered.  (Docs. 28,

24  29.)

25          On January 3, 2011, Plaintiff appealed the judgment to the Court of Appeals for the Ninth

26  Circuit.  (Doc. 40.)  On  February 14, 2013, the Ninth Circuit found that the district court improperly

27  denied Plaintiff's request to proceed in forma pauperis and erred in denying Plaintiff leave to file his

28                                                1

1  proposed amended complaint.  (Doc. 46.)  The district court's judgment was vacated, and the case was

2  remanded to the district court.  Id.  On February 15, 2013, the case was reopened at the district court.

3  (Court Record).  On March 11, 2013, the Ninth Circuit issued its formal mandate.  (Doc. 48.)

4      Based on the Ninth Circuit's decision, Plaintiff shall be granted leave to proceed in forma

5  pauperis, and Plaintiff's proposed Second Amended Complaint, submitted to the Court on April 12,

6  2007, shall be filed.

7      Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

8  1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the

9  preceding month's income credited to plaintiff's trust account.  Plaintiff is presently incarcerated at the

10  R.J. Donovan Correctional Facility ("RJD") in San Diego, California.  The Warden of RJD is required

11  to send to the Clerk of the Court payments from Plaintiff's prison trust account each time the amount in

12  the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

13      In accordance with the above, IT IS HEREBY ORDERED that:

14  1.   Plaintiff's application to proceed in forma pauperis, filed on October 27, 2006,  is

15       GRANTED;

16  **2.   The Warden of the R.J. Donovan Correctional Facility or his/her designee shall**

17  **collect payments from Plaintiff's prison trust account in an amount equal to twenty**

18  **per cent (20%) of the preceding month's income credited to the prisoner's trust**

19  **account and shall forward those payments to the Clerk of the Court each time the**

20  **amount in the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2),**

21  **until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**

22  **The payments shall be clearly identified by the name and number assigned to this**

23  **action.**

24  3.   The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's

25       in forma pauperis affidavit upon the California Department of Corrections and

26       Rehabilitation, via the court's electronic case filing system (CM/ECF);

27  ///

28                                             2

1    4.    The Clerk is DIRECTED to file the Second Amended Complaint submitted by Plaintiff

2         on April 12, 2007 (Doc. 10 at 6-70); and

3    5.    Plaintiff's Second Amended Complaint shall be screened by the Court pursuant to 28

4         U.S.C. § 1915A in due course.

5

6    IT IS SO ORDERED.

7    **Dated:   March 18, 2013**            **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    3