UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW L. CATE, et al.,<br><br>　　　　Defendant. | 1:06-cv-01567-AWI-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF JUNE 9, 2014<br>(Doc. 63.)<br><br>ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH OCTOBER 8, 2013 ORDER<br><br>THIRTY DAY DEADLINE |

　　　Jason Saunders ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case was filed on October 13, 2006.

　　　On June 9, 2014, the undersigned issued findings and recommendations to dismiss this action for Plaintiff's failure to obey the court's order of October 8, 2013, which required him to either file a Fourth Amended Complaint or notify the court that he wishes to proceed only on the claims found cognizable by the court. (Doc. 63.)  On June 9, 2014, the court served a copy of the findings and recommendations upon Plaintiff at his address of record at the R.J. Donovan Correctional Facility in San Diego. (Court Record.)  On June 16, 2014, the U.S. Postmaster returned the findings and recommendations to the court as undeliverable, with indication that Plaintiff was "Inactive" at the San Diego address. (Court Record.)  On June 27, 2014, Plaintiff filed a motion for status of his case, showing a new return address in Oak Harbor, Washington. (Doc. 64.)  On July 1, 2014, the Clerk of Court re-served the findings and recommendations

upon Plaintiff, at his new address of record in Oak Harbor, Washington. (Court Record.) On July 22, 2014, Plaintiff filed objections to the findings and recommendations. (Doc. 65.)

      Plaintiff purports to have kept the court appraised of his current address and asserts that he filed a notice of change of address effective May 27, 2014, and requested another extension of time to file the Fourth Amended Complaint. However, there is no record of any document filed by Plaintiff in this case between April 21, 2014 and July 1, 2014. (Court Record.) Nonetheless, in light of Plaintiff's objections and notice of his new address, the court shall vacate the findings and recommendations and grant Plaintiff an extension of time to comply with the court's October 8, 2013 order.

      Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations of June 9, 2014 are VACATED;
2. Within thirty days of the date of service of this order, Plaintiff is required to comply with the court's order of October 8, 2013, by either:
   (1) Filing a Fourth Amended Complaint, or
   (2) Notifying the court that he wishes to proceed only on the excessive force claims against defendants Lanz, Huckabay, Sierra, Garrison, Nichols, Deathiage, and Govea; and
3. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

   Dated:   **August 7, 2014**             **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE